EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00183-05 DAE |
| Plaintiff, ) | INFORMATION |
| vs. ) | [21 U.S.C. § 841(a)] |
| JOSE RAMON AQUINO-ZAMBRANO ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

From on or about January 2001, to and including May 31, 2001, in the District of Hawaii, and elsewhere,

**JOSE RAMON AQUINO-ZAMBRANO**

and Joel Aquino-Navarro, and others, who are not defendants in this Information, did willfully and unlawfully conspire together

with each other, and others known and unknown to the grand jury, to knowingly and intentionally possess with the intent to distribute, in excess of 100 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

It was the object of the aforesaid conspiracy to possess with intent to distribute heroin in Hawaii.

### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the co-conspirators performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. During the month of May 2001, a house was rented at 53-036 Pokiwai Place, Hauula, Hawaii for the Defendant, Joel Aquino-Navarro, and others.

2. During the month of May 2001, Defendant, Joel Aquino-Navarro, and others kept in excess of 100 grams of heroin at their rental residence.

//
//
//
//
//

All in violation of Title 21, United States Code, Section 846.

DATED: _____MAR 18_____, 2002, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

ELLIOT ENOKI
First Assistant U.S. Attorney

*[signature]*

CHRIS A. THOMAS
Assistant U.S. Attorney

USA v. JOSE RAMON AQUINO-ZAMBRANO
Cr. No. 01-00183-05 DAE
"Information"

3